DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Attorney
CELIA W. LEE, State Bar #172981
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:    (415) 5543858-
Facsimile:    (415) 554-3837
E-Mail:       celia.lee@sfgov.org

Attorneys for Defendant
City and County of San Francisco

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| SANDRA THOMSEN | Case No. C04-5409 MEJ |
|---|---|
| Plaintiff, | REQUEST FOR DISMISSAL; ~~PROPOSED~~ ORDER OF DISMISSAL; |
| vs. | AND ORDER CLOSING FILE |
| CITY AND COUNTY OF SAN FRANCISCO, et al | |
| Defendants. | |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

The parties respectfully request that this case be dismissed with prejudice.

///

///

///

///

///

Request for Dismissal
USDC No. C04-5409 MEJ                                    1

| | |
|---|---|
| 1  Dated: 1/5/06 | BRAVO & MARGULIES |
| 2 | |
| 3 | *[signature]* |
| 4 | JOSEPH BRAVO, ESQ.<br>Attorney for Sandra Thomsen |
| 5 | |
| 6 | |
| 7  Dated: _____ | DENNIS J. HERRERA<br>City Attorney |
| 8 | JOANNE HOEPER<br>Chief Trial Attorney |
| 9 | CELIA W. LEE<br>Deputy City Attorney |
| 10 | |
| 11 | By: _____ |
| 12 | CELIA W. LEE<br>Deputy City Attorney |
| 13 | Attorneys for Defendants<br>City and County of San Francisco |
| 14 | |
| 15 | |
| 16  Dated: _____ | MORRISON & FOERSTER |
| 17 | |
| 18 | ARTURO GONZALEZ, ESQ.<br>MELVIN PRIESTER, ESQ. |
| 19 | Attorneys for Officer Terry Huey |
| 20 | |
| 21 | **ORDER** |
| 22  **IT IS SO ORDERED:** | |
| 23 | |
| 24  Dated: _____ | |
| 25 | |
| 26 | MARIA- ELENA JAMES<br>United States Magistrate Judge |
| 27 | |
| 28 | |

Request for Dismissal
USDC No. C04-5409 MEJ

2

1  Dated: _____                BRAVO & MARGULIES
2
3                                                _____
                                                 JOSEPH BRAVO, ESQ.
4                                                Attorney for Sandra Thomsen
5
6  Dated: __3/7/06_____
7                                                DENNIS J. HERRERA
                                                 City Attorney
8                                                JOANNE HOEPER
                                                 Chief Trial Attorney
9                                                CELIA W. LEE
                                                 Deputy City Attorney
10
11                                               By: _____
                                                 CELIA W. LEE
12                                               Deputy City Attorney
                                                 Attorneys for Defendants
13                                               City and County of San Francisco
14
15
16 Dated: _____                 MORRISON & FOERSTER
17
18                                                _____
                                                  ARTURO GONZALEZ, ESQ.
                                                  MELVIN PRIESTER, ESQ.
19                                                Attorneys for Officer Terry Huey
20
21
22                                                **ORDER**

   **IT IS SO ORDERED:**
23
24 Dated: _____
25
26                                                _____
                                                  MARIA- ELENA JAMES
                                                  United States Magistrate Judge
27
28

Request for Dismissal                            2
USDC No. C04-5409 MEJ

| | | |
|---|---|---|
| 1 | Dated: _____ | BRAVO & MARGULIES |
| 2 | | |
| 3 | | _____<br>JOSEPH BRAVO, ESQ.<br>Attorney for Sandra Thomsen |
| 4 | | |
| 5 | | |
| 6 | Dated: _____ | |
| 7 | | DENNIS J. HERRERA<br>City Attorney |
| 8 | | JOANNE HOEPER<br>Chief Trial Attorney |
| 9 | | CELIA W. LEE<br>Deputy City Attorney |
| 10 | | |
| 11 | | By:_____ |
| 12 | | CELIA W. LEE<br>Deputy City Attorney |
| 13 | | Attorneys for Defendants<br>City and County of San Francisco |
| 14 | | |
| 15 | | |
| 16 | Dated: 3-1-06 | MORRISON & FOERSTER |
| 17 | | */s/ Melvin Priester/* |
| 18 | | ARTURO GONZALEZ, ESQ.<br>MELVIN PRIESTER, ESQ. |
| 19 | | Attorneys for Officer Terry Huey |
| 20 | | |
| 21 | | **ORDER** |
| 22 | **IT IS SO ORDERED:** | |
| 23 | Dated: March 30, 2006 | |
| 24 | | |
| 25 | | _____ |
| 26 | | MARIA-ELENA JAMES<br>United States Magistrate Judge |
| 27 | | |
| 28 | | |

*[Seal: United States District Court, Northern District of California — Judge Maria-Elena James]*

Request for Dismissal    2
USDC No. C04-5409 MEJ